**699  SCHOOL DISTRICT vs. CIRCUIT JUDGE (Ingham), 49 M., 432.**

Mandamus will not lie to compel a circuit judge to overrule his finding that the proceedings taken for the condemnation of a site for a schoolhouse were irregular, and to compel him to enter judgment for the amount found due.

Denied October 31, 1882.

**700  FORT WAYNE & BELLE ISLE RY. CO. vs. CIRCUIT JUDGE (Wayne), No. 15516; 68 N. W., 115; 3 D. L. N., 369.**

To vacate an order made by the court on its own motion setting aside a verdict, because deemed inadequate, in an action brought against relator for personal injuries.

Denied July 21, 1896, with costs, on the ground that the court has power, in cases other than those where the error is that of the court, or where there is misconduct of the jury, to set aside a verdict on its own motion, and an abuse of discretion is not shown.

**701  ORR vs. CIRCUIT JUDGE (Wayne), 23 M., 536.**

To compel respondent to set aside a judgment rendered upon a trial by the court, without a jury.

Denied October 24, 1871.

Held, that where a circuit judge is called upon to show cause against a mandamus, his return stating the facts as to his own action and what occurred in connection therewith, within his own knowledge, must be conclusively taken to be true, and an issue of fact will not be allowed to be made upon it.